COLUMBUS BAR ASSOCIATION *v.* ROBINSON.

[Cite as Columbus Bar Assn. *v.* Robinson (1985), 18 Ohio St. 3d 197.]

(D.D. No. 84-49—Decided July 17, 1985.)

*John W. Zeiger, Robert F. Mahler* and *Bruce A. Campbell,* for relator. *H. Wesley Robinson, pro se.*

*Per Curiam.* After a careful examination and review of the record in this cause, this court concurs with the findings and conclusions of the board that respondent violated DR 1-102(A)(3), (4), (5) and (6), and 3-101(B) of the Code of Professional Responsibility.

It is the judgment of this court that respondent be permanently disbarred from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.